SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUG SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ERIKA R. FRICK (CASBN 208150)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6973
Fax: (415) 436-7234
Email: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JORGE MAGANA-ALVARADO,<br><br>　　　Defendant. | No. CR 07-0379 SI<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

　　　To the Honorable James Larson, Chief United States Magistrate Judge of the United States District Court for the Northern District of California:

　　　The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Jorge Magana-Alvarado. The prisoner is required to appear in the above-referenced matter FORTHWITH for his initial appearance before the Duty Magistrate in the above-referenced case. His place of custody and jailor are set forth in the

//

//

//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0379 SI

1  //
2  following writ.
3
4  DATED: July 24, 2007                    Respectfully submitted,
5                                          SCOTT N. SCHOOLS
                                           United States Attorney
6
7
8                                          _____/s/_____
                                           ERIKA R. FRICK
                                           Assistant United States Attorney
9
10 IT IS SO ORDERED.
11
12 DATED: July 25, 2007
13
                                           _____
14                                         HON. JAMES LARSON
                                           Chief United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0379 SI
2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:  Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the San Quentin State Prison, San Quentin, CA  94964, (415) 454-1460.

**GREETINGS**

The prisoner, Jorge Magana-Alvarado, Inmate # V74758, is in custody in the above-referenced institution.  He is required to appear as soon as possible on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.  Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate of the Northern District of California FORTHWITH.  You shall bring him before the Duty Magistrate, 15th Floor, as soon as possible.  You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court.  Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable James Larson, Chief United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:  July 25, 2007

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Venice Thomas, Judicial Assistant
DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0379 SI

3