1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2
   DOUG SPRAGUE (CASBN 202121)
3  Acting Chief, Criminal Division

4  ERIKA R. FRICK (CASBN 208150)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6973
7  Fax: (415) 436-7234
   Email: erika.frick@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED
JUL 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                     UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 07-0379 SI
                                     )
15        Plaintiff,                 )
                                     )    **PETITION FOR WRIT OF HABEAS**
16  v.                               )    **CORPUS AD PROSEQUENDUM**
                                     )
17  JORGE MAGANA-ALVARADO,           )
                                     )
18        Defendant.                 )
                                     )
19

20        To the Honorable James Larson, Chief United States Magistrate Judge of the United

21  States District Court for the Northern District of California:

22        The United States of America respectfully petitions the Court to issue a Writ of Habeas

23  Corpus Ad Prosequendum for the prisoner Jorge Magana-Alvarado. The prisoner is required to

24  appear in the above-referenced matter FORTHWITH for his initial appearance before the Duty

25  Magistrate in the above-referenced case. His place of custody and jailor are set forth in the

26  //

27  //

28  //

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0379 SI

1 | //

2 | following writ.

3

4 | DATED:  July 24, 2007                    Respectfully submitted,

5 | SCOTT N. SCHOOLS
United States Attorney

6

7

8 | _____/s/_____
ERIKA R. FRICK
Assistant United States Attorney

9

10 | IT IS SO ORDERED.

11

12 | DATED:    July 25, 2007

13 | _____

14 | HON. JAMES LARSON
Chief United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the San Quentin State Prison, San Quentin, CA 94964, (415) 454-1460.

**GREETINGS**

The prisoner, Jorge Magana-Alvarado, Inmate # V74758, is in custody in the above-referenced institution. He is required to appear as soon as possible on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate of the Northern District of California FORTHWITH. You shall bring him before the Duty Magistrate, 15th Floor, as soon as possible. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable James Larson, Chief United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:    July 25, 2007

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Venice Thomas, Judicial Assistant

DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0379 SI

3

## United States Marshals Service Writ Information Sheet

This form should be completed by the Assistant United States Attorney assigned to the case, his/her designee, or the case agent. Refer any questions to the Criminal Section at 415/436-7659

| Prisoner Name: (last, first, middle) MAGANA-ALVARADO, Jorge | | | | Booking, CDC, or USMS #; CDC# V74758 | | |
|---|---|---|---|---|---|---|
| Prisoner Aliases: | | | DOB: 06/23/1984 | Birth Place: Mexico | | |
| Sex: M | Race: White | Hair: Black | Height: 5'7" | Weight: 190 | SSN: N/A | |

| Violation Code: (Title & Section) 8 U.S.C. 1326 | Warrant or Complaint Case#: CR 07-0379 SI |
|---|---|

Offense (State Specifically)

Deported alien found in the United States

| Facility Name & Location San Quentin State Prison San Quentin, CA 94964 | Facility Contact Person & Phone: (415) 454-1460 |
|---|---|
| AUSA & Phone#: Erika Frick, (415) 436-6973 | Case Agent & Phone #: Mark Moser, (415) 844-5535 |

|  | YES | NO |
|---|---|---|
| Prior felony conviction for _Accessory after fact (murder)_ | ☒ | ☐ |
| Prior prison history ☒ State ☐ Federal | ☒ | ☐ |
| Conviction of felony against person crime | ☐ | ☒ |
| History of disciplinary problems | ☒ | ☐ |
| Homosexual | ☐ | ☒ |
| Gang Affiliations -- name of gang if known _Norteno_ | ☒ | ☐ |
| Escape Risk | ☐ | ☒ |
| Considered threat to staff or other inmates | ☒ | ☐ |
| States or local charges pending -- Where _____ | ☐ | ☒ |
| Receiving Medical Care or Medication | ☐ | ☒ |

If YES, type of medical care or medication

_____

Special Instructions:

_Magana recently assaulted a guard at San Quentin (FYI)_

Comments: