1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   DOUG SPRAGUE (CASBN 202121)
3  Acting Chief, Criminal Division

4  ERIKA R. FRICK (CASBN 208150)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6973
7  Fax: (415) 436-7234
   Email: erika.frick@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,      )   No. CR 07-0379 SI
                                  )
15       Plaintiff,               )
                                  )   **PETITION FOR WRIT OF HABEAS**
16    v.                          )   **CORPUS AD PROSEQUENDUM**
                                  )
17 JORGE MAGANA-ALVARADO,         )
                                  )
18       Defendant.               )
   _____)
19

20      To the Honorable Bernard Zimmerman, United States Magistrate Judge of the United

21 States District Court for the Northern District of California:

22      The United States of America respectfully petitions the Court to issue a Writ of Habeas

23 Corpus Ad Prosequendum for the prisoner Jorge Magana-Alvarado. The prisoner is required to

24 appear in the above-referenced matter FORTHWITH for his initial appearance before the Duty

25 Magistrate in the above-referenced case. His place of custody and jailor are set forth in the

26 //

27 //

28 //

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0379 SI

1 | following writ.
2 |
3 | DATED: November 2, 2007                              Respectfully submitted,
4 |                                                      SCOTT N. SCHOOLS
  |                                                      United States Attorney
5 |
6 |
7 |                                                      /s/
  |                                                      ERIKA R. FRICK
  |                                                      Assistant United States Attorney
8 |
9 | IT IS SO ORDERED.
10 |
11 | DATED: 13 Nov 07
12 |
13 |                                                     HON. BERNARD ZIMMERMAN
   |                                                     United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0379 SI

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Parole Agent or other Official of the California Youth Authority, Herman G. Stark Youth Training School (Parole Unit 3), 151 S. Euclid Ave., Chino, CA 91710, (909) 606-5000 x 2443.

**GREETINGS**

The prisoner, Jorge Magana-Alvarado, Inmate # 87680, is in custody in the above-referenced institution. He is required to appear as soon as possible on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate of the Northern District of California FORTHWITH. You shall bring him before the Duty Magistrate, 15th Floor, as soon as possible. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED: 1 3 NOV 2007

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEPUTY CLERK — Rose MAHER

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0379 SI