**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 2/29/08

Case No.   CR-07-0379 SI                    Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- JORGE MAGANA-ALVARADO (C)

Attorneys:  Frick              Kalar

Deputy Clerk:  Tracy Sutton   Court Reporter:  L. Zinn

**PROCEEDINGS**

1)  Trial Setting - HELD

2) 
3) 
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                                  PART

Case continued to **3/28/08 @ 11:00 a.m.**  for Trial Setting

Case continued to  **@ 11:00 a.m.**  for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:          Delay ends: 3/28/08**
(  AUSA to draft order              )

ORDERED AFTER HEARING:
Defense counsel needs to obtain a copy of the deportation tapes before setting any further dates.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )