**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 3/28/08

Case No.  CR-07-0379 SI            Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- JORGE MAGANA-ALVARADO (C)

Attorneys:  Helou    Kalar

Deputy Clerk: Tracy Sutton  Court Reporter: M. Gurule

**PROCEEDINGS**

1)  Trial Setting - HELD
2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN    ( ) SUBMITTED
                                         PART

Case continued to **4/18/08  @ 11:00 a.m.**   for Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation /Cont. Of Counsel
**Delay begins:         Delay ends: 4/18/08**
(  AUSA to draft order              )

ORDERED AFTER HEARING:

Defendant needs additional time to review and prepare this case.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )