**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 4/18/08

Case No.   CR-07-0379  SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- JORGE MAGANA-ALVARADO (C)

Attorneys:   Caputo    Kalar

Deputy Clerk: Tracy Sutton  Court Reporter: D. Pas

**PROCEEDINGS**

1)  Trial Setting/Status - HELD
2)  
3)  
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                        PART

Case continued to **5/23/08  @ 11:00 a.m.**   for Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:          Delay ends: 5/23/08**
(  AUSA to draft order            )

ORDERED AFTER HEARING:
There is one outstanding tape that needs to be reviewed by Deft.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )