**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*
**STEVEN G. KALAR**
*Assistant Federal Public Defender*

Telephone: (415) 436-7700
Fax:          (415) 436-7706
E-mail:    Steven_Kalar@fd.org

Thursday, May 22, 2008

The Honorable Susan Illston
District Court Judge
 Northern District of California
Federal Building, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

**RE:** *United States v. Jorge Magana-Alvarado*, CR 07-0379 SI

Your Honor:

    I am writing to ask that Mr. Magana-Alvarado's matter be set for change of plea at his appearance tomorrow before the Court. Mr. Magana-Alvarado is charged in a single-count indictment with a violation of 8 USC § 1326.

    This will be an "open" plea: there is no written plea agreement.

    I know the Court has had a very full week, and I note that it has a very full calendar tomorrow as well. If entry of a plea of guilt is not convenient tomorrow, I would ask for a date in the next two to three weeks for change of plea (I will be out of the state next Friday). My client would agree to exclusion of time under the Speedy Trial Act until the next date.

    Thank you for your consideration.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender
Northern District of California

/s

STEVEN G. KALAR
Assistant Federal Public Defender
Northern District of California

cc:     AUSA Erika Frick