JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    Email:  erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0379 SI |
| Plaintiff, | |
| v. | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM FEBRUARY 29, 2008 TO MAY 23, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
| JORGE MAGANA-ALVARADO, | |
| Defendant. | |

    The parties appeared before this Court in the above-captioned case on February 29, 2008, March 28, 2008, April 18, 2008, and May 23, 2008.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from February 29, 2008 to May 23, 2008.  The parties agreed, and the Court found and held, as follows:

    1.  On February 29, 2008, the parties appeared before this Court for an initial appearance on the indictment in the above-captioned case.  On that date, the parties agreed to an exclusion of time under the Speedy Trial Act from February 29, 2008 to March 28, 2008, in order to allow the

STIPULATION AND [PROPOSED] ORDER
CR 07-0379 SI

parties to exchange discovery and for effective preparation of counsel. On March 28, 2008, the parties appeared again and agreed to an exclusion of time from March 28, 2008 to April 18, 2008. On April 18, 2008, the parties appeared again and agreed to an exclusion of time from April 18, 2008 to May 23, 2008. Each of those exclusions was necessary to allow for further discovery and effective preparation of counsel. Failure to grant the requested continuances would have unreasonably denied both government and defense counsel reasonable time necessary for effective case preparation because the parties were still engaged in discovery, case discussions, and plea negotiations. See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

2. At each of the above-described court appearances, this Court found that the ends of justice served by excluding the time periods described above (collectively, from February 29, 2008 to May 23, 2008) outweighed the best interest of the public and the defendant in a speedy trial. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 29, 2008 to May 23, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. On May 23, 2008, the parties appeared before this Court, and the defendant entered an open guilty plea admitting to the sole count in the above-captioned indictment.

4. Accordingly, the parties respectfully request that the Court also order that the period from February 29, 2008 to May 23, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a sentencing hearing for August 22, 2008, at 11 am.

IT IS SO STIPULATED.

DATED: _____     \_\_\_\_/s/_____
ERIKA R. FRICK
Assistant United States Attorney

DATED: _____     \_\_\_\_/s/_____
STEVE KALAR
Attorney for Jorge Magana-Alvarado

STIPULATION AND [PROPOSED] ORDER
CR 07-0379 SI                           2

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | With the agreement of the parties, and with the consent of the defendant, the Court enters |
| 3 | this order documenting the exclusion of time from 3161(h)(8)(A) & (B)(iv), under the Speedy |
| 4 | Trial Act, 18 U.S.C. § 3161(h)(8)(A), & (B)(iv). |
| 5 | **IT IS SO ORDERED.** |
| 6 | |
| 7 | DATED:_____          _____ |
|   | THE HON. SUSAN ILLSTON |
|   | United States District Judge |

STIPULATION AND [PROPOSED] ORDER
CR 07-0379 SI                                                3