**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 5/23/08

Case No.   CR-07-0379 SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- JORGE MAGANA-ALVARADO (C)

Attorneys:  Frick          Kalar

Deputy Clerk: Tracy Sutton  Court Reporter: Yeomans

**PROCEEDINGS**

1) Change of Plea  - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                                           PART

Case continued to **8/22/08 @ 11:00 a.m.**   for judgment & sentence
(deft. To file sentencing memo: 8/19, govt to file sentencing reply 8/21/08)

Case continued to   **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  **@**   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:

FURTHER ORDERED:
The defendant plead guilty to a single count indictment.
No written agreement was filed.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )