# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

MAY 23 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: CR07-379 SI

Defendant's Name: Jorge Magana-Alvarado

Defense Counsel: Kalar

Due Date: 8/22/08 @ 11 AM

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

☑ Presentence Investigation

☐ Bail Investigation

☐ Bail Supervision

☐ Postsentence Investigation

☐ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **PROBATION OFFICE, ROOM 17-6884, BEFORE LEAVING THE COURTHOUSE** today to make the necessary arrangements.

---

For use of Courtroom Deputies
Is defendant in custody? Yes
Is defendant English speaking? Yes
What is defendant's address? _____

Richard W. Wieking
Clerk

by: _____
T. Sutton, Deputy Clerk

cc: U.S. Probation Office