# EXHIBIT A

**San Mateo Police Department**
Narrative Supplement

Report No. 06-1213-012

06-1213-012

| Code Section | Time | Date | Original Investigating Officer | Original / Supplement |
|---|---|---|---|---|
| 3056PC | | 12-13-06 | | |

29 people depicted in the photos flashing gang signs. Magana declined answering any additional
30 questions. He was then booked into the county jail.
31
32 I spoke to Mike Appio of ICE. He said he would look into the case for a possible Federal
33 prosecution of Magana for entering the country illegally, as Magana has been deported twice. I
34 also spoke to Tim Evatt of CDC-Parole, he said he would prepare a parole violation, and submit
35 it on our findings.
36
37 **DISPOSITION:**
38
39 Case closed by arrest.

| Ref SMPD Rpt | | Reports to | |
|---|---|---|---|
| O/S Rpt | R06-12-0282 RPD | Mike Appio, ICE & Tim Evatt, CDC-Parole | |
| Reporting Officer R. Bickel | ID # 124 | DOJ Entry ___ BOL ___ | Initial Process ___ |
| Supervisor | Badge # | Date 12-13-06 | Scan Initial ___ Scan Date ___ MAG000029 |