EXHIBIT B

## Andrews, Cecyle J

**From:** Petrou, Ioana (USACAN) [Ioana.Petrou@usdoj.gov]
**Sent:** Monday, May 14, 2007 3:35 PM
**To:** Andrews, Cecyle J
**Cc:** Frick, Erika (USACAN)
**Subject:** FW: Poss 1326 (788)

Cecyle - Erika will handle this
Erika - I will do the green sheet

---

**From:** Andrews, Cecyle J [mailto:Cecyle.Andrews@dhs.gov]
**Sent:** Monday, May 14, 2007 10:10 AM
**To:** Petrou, Ioana (USACAN); Momrow, Darin T
**Subject:** Poss 1326 (788)

Ioana,

For your review

Thanks
Cecyle

5/15/2007

MAG000021