# EXHIBIT C

# San Mateo Police Department Incident Report

| | | | |
|---|---|---|---|
| Code 1: 3056PC | Incident Desc 1: VIOLATION OF PAROLE | Att ☐ O/S ☐ | Report # 06-1213-012 |
| Code 2: 186.22(b)(1)PC | Incident Desc 2: GANG ACTIVITY/RELATED FELONY | Att ☐ O/S ☐ | |
| Code 3: | Incident Desc 3: | Att ☐ O/S ☐ | |

06-1213-012

| Date/Time/Day Occurred | | Date Rptd | Time Rptd |
|---|---|---|---|
| 12-09-06 1800 Saturday To 12-09-06 1800 Saturday | | 12-13-06 | 1200 |

**Location of Occurrence:** 2281 Addison   East Palo Alto  CA 94303

**Victim's Name:** State of California

**Witnesses (W):**
- Det. Sisneros — Redwood City PD — 780-7100
- Det. Felker — Redwood City PD — 780-7100
- Sgt. Hart — Redwood City PD — 780-7100

**ADDITIONAL WITNESSES:**

Sgt. Peruzzaro  San Mateo PD  522-7700

**SUMMARY:**

JORGE MAGANA (6/23/1984) a previously deported/convicted felon was located at his parent's residence of 2281 Addison in East Palo Alto by the San Mateo County Gang Task Force. Magana had a no bail warrant out of CDC and CYA for his arrest. He was booked into the County Jail for the warrants. A large knife and numerous items were located in Magana's bedroom in violation of 3056 PC-parole violation. Report to Tim Evatt of CDC-Parole and Mike Appio of ICE.

**Total Recovered $:** 0  **Total Damaged $:** 0  **Total Value $:** 0

**Ref SMPD Rpt**
**O/S Rpt:** R06-12-0282 RPD

**Reports to:** Mike Appio, ICE & Tim Evatt, CDC-Parole

**Reporting Officer:** R. Bickel   **Badge #:** 124   **Date:** 12-13-06

**Supervisor:** [signature]  Badge # 5-14

MAG000026