UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 8/22/08

Case No.   CR-07-0379 SI            Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- JORGE MAGANA-ALVARADO (C)(P)

Attorneys:  Frick    _    Kalar

Deputy Clerk: Tracy Sutton   Court Reporter: C. Kuhl

**PROCEEDINGS**

1)  Judgment & Sentence - HELD
2)
3)

Order to be prepared by: ( )Pltf  ( )Deft  ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART     ( ) SUBMITTED

Case continued

Case continued to  @ 11:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _

FURTHER ORDERED:

Custody: 15 mos.
Sup. Release: 3 yrs w/special conditions
Sp. Ass: $100
no fine

(SPEEDY TRIAL DEADLINE AS OF TODAY: )